**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**COURT FILE NO.: 5:16-cv-00163-RLV-DCK**

| | |
|---|---|
| **JOHN MICHAEL WILLIAMS,**<br><br>**Plaintiff,**<br><br>**Versus**<br><br>**WATERFALL ASSET MANAGEMENT, LLC, STATEBRIDGE COMPANY, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, and EQUIFAX INFORMATION SERVICES, LLC**<br><br>**Defendants.** | STIPULATION OF DISMISSAL WITH PREJUDICE EQUIFAX INFORMATION SERVICES, LLC |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff and Equifax Information Services, LLC, by and through their undersigned counsel, hereby stipulate to a dismissal **with prejudice** of this action. Each party to bear their own costs, disbursements, and attorneys' fees incurred.

This the 7th day of September, 2017

<table>
<tr>
<td>
s/ <em>Travis E. Collum</em><br>
NC Bar No. 29158<br>
Attorney for Plaintiff<br>
Collum & Perry, PLLC<br>
Post Office Box 1739<br>
Mooresville, NC 28115<br>
Telephone: 704-663-4187<br>
travis@collumperry.com
</td>
<td>
s/ <em>Chelsea Corey</em><br>
NC Bar No. 48838<br>
LR 83.1 Counsel<br>
King & Spalding, LLP<br>
100 North Tryon St., Ste 3900<br>
Charlotte, NC 28202<br>
Telephone: 704-503-2575<br>
Facsimile: 704-503-2622<br>
CCorey@KSLAW.com<br>
<em>Attorney for Equifax Information Services LLC</em>
</td>
</tr>
</table>

<u>**CERTIFICATE OF SERVICE**</u>

I, Travis E. Collum, do hereby certify that the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** in this action, was served was served via the Court Clerk's CM/ECF system which will provide notice to:

Chelsea Corey
NC Bar No. 48838
LR 83.1 Counsel
King & Spalding, LLP
100 North Tryon St., Ste 3900
Charlotte, NC 28202
Telephone: 704-503-2575
Facsimile: 704-503-2622
CCorey@KSLAW.com
*Attorney for Equifax Information Services LLC*

Wendy A. Owens
NC Bar No. 26110
Of Counsel
Stern & Eisenberg Southern, PC
5710 Ogeechee Rd # 200
Savannah, GA 31405
Telephone: 912-239-9888
Facsimile: 912-239-9777
womens@sterneisenberg.com
*Attorney for Waterfall Asset Management, LLC and Statebridge Company, LLC*

Nora F. Sullivan
NC Bar No. 43284
Ellis & Winters, LLP
4131 Parklake Ave., Suite 400
Raleigh, NC 27612
Telephone : 919-865-7033
Facsimile: 919-865-7010
nora.sullivan@elliswinters.com
*Attorney for Experian Information Solutions, Inc.*

This the 7th day of September, 2017.

s/ Travis E. Collum
NC Bar No. 29158
Attorney for Plaintiff
Collum & Perry, PLLC
Post Office Box 1739
Mooresville, NC 28115
Telephone: 704-663-4187
Facsimile: 704-663-4178
travis@collumperry.com